■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALVIN SAMUEL, Respondent. [652 NYS2d 985] —Appeal by the

People from an order of the Supreme Court, Queens County (Berke, J.), dated December 5, 1994, which granted the defendant's motion to dismiss the indictment upon the ground that the evidence presented to the Grand Jury was legally insufficient.

Ordered that the order is reversed, on the law, the motion is denied, the indictment is reinstated, and the matter is remitted to the Supreme Court, Queens County, for further proceedings.

We reverse for reasons stated in *People v Washington* (228 AD2d 23 [decided herewith]). Rosenblatt, J. P., Pizzuto and Goldstein, JJ., concur.

Friedmann, J., dissents and votes to affirm with the following memorandum: I would affirm for reasons stated in my dissent in *People v Washington* (228 AD2d 23 [decided herewith]).